**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-2722**

———————

G. S. HASSAN,

Plaintiff - Appellant,

versus

AT&T CORPORATION; PHILLIS S. PARSON; GEORGE
BEACON; WILLIAM SNEIRSON; MADELINE C. PETTERS;
SNYDER COMMUNICATION L.P.; VINCENT CANDIDA,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-97-1433-A)

———————

Submitted:  April 29, 1998          Decided:  May 13, 1998

———————

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

G. S. Hassan, Appellant Pro Se.  Elizabeth Land Lewis, SEYFARTH,
SHAW, FAIRWEATHER & GERALDSON, Washington, D.C.; Philip John
Harvey, SHAW, PITTMAN, POTTS & TROWBRIDGE, Washington, D.C., for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his request to stay proceedings, denying his request for sanctions on opposing counsel, and dismissing without prejudice his complaint alleging violations of his civil and constitutional rights. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Hassan v. AT&T Corp.</u>, No. CA-97-1433-A (E.D. Va. Nov. 19, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>